

Jeffrey Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6435
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6408

April 16, 2024

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Room 21(A)
New York, New York 10007

        **RE: Matthews v. Jacaranda Club, LLC, et al**
        **Case No.  1:24-cv-00038-NRB**

Dear Judge Buchwald:

    This firm represents Respondents Jacaranda Club, LLC; Club at 39th, LLC; Club on Broadway, LLC; Nightclub Holding, LLC, d/b/a Sapphire Gentleman's Clubs (collectively the "Respondents") in connection with the above-referenced case brought by Petitioner Tammie Matthews ("Petitioner"). Respondents respectfully submit this letter to request an adjournment of the pre-motion teleconference to discuss Respondents' anticipated motion to dismiss, currently scheduled for April 18, 2024 at 12 p.m. Respondents make this request because the undersigned has a previously scheduled court appearance that may overlap with the conference as currently scheduled. The undersigned is available for a conference any time after 1:30 p.m. on April 18, 2024 or the morning of April 19, 2024.

    We appreciate the Court's consideration of this request.

                            Respectfully submitted,

                            /s/ Jeffrey A. Kimmel
                            Jeffrey  A. Kimmel

cc:
Counsels of Record (via ECF)

                Application granted.  Conference will be
                held on April 18, 2024 at 3:30 p.m.

                    SO ORDERED.

                          */s/ Naomi Reice Buchwald*
                NAOMI REICE BUCHWALD
                UNITED STATES DISTRICT JUDGE

        Dated: April 17, 2024
               New York, New York

akerman.com